FILED: April 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-8021 (L)
(1:12-cv-01199-LMB-IDD)

_____

ALFREDO PRIETO

  Plaintiff - Appellee

v.

HAROLD CLARKE, Director; A. DAVID ROBINSON, Deputy Director; E. PEARSON, Warden

  Defendants - Appellants

------------------------------

TONI V. BAIR; F. WARREN BENTON; KATHLEEN M. DENNEHY; BRIAN JASON FISCHER; MARTIN F. HORN; STEVE J. MARTIN; CHASE RIVELAND; REGINALD A. WILKINSON; JEANNE WOODFORD

  Amici Supporting Appellee

_____

No. 14-6226
(1:12-cv-01199-LMB-IDD)

_____

ALFREDO PRIETO

  Plaintiff - Appellee

v.

HAROLD CLARKE, Director; A. DAVID ROBINSON, Deputy Director; E. PEARSON, Warden

      Defendants - Appellants

------------------------------

TONI V. BAIR; F. WARREN BENTON; KATHLEEN M. DENNEHY; BRIAN JASON FISCHER; MARTIN F. HORN; STEVE J. MARTIN; CHASE RIVELAND; REGINALD A. WILKINSON; JEANNE WOODFORD

      Amici Supporting Appellee

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

      For the Court

      /s/ Patricia S. Connor, Clerk